ORIGINAL

withdrawal of motion shannon v. city SEM.wpd
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA          #1145-0
MICHAEL A. LORUSSO       #3448-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:   (808)275-0371
Facsimile:   (808)275-0399
Email Address: mlorusso@kltlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendants
City and County of Honolulu, Honolulu
Liquor Commission, Dennis Enomoto,
Wallace W. Weatherwax, John Carroll, Anna Hirai
and Allan Gaylord

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KERRY SHANNON, | ) CIVIL NO. CV04-00086 SPK/LEK |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION AND DENNIS ENOMOTO'S WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION AND DENNIS ENOMOTO'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED ON MAY 18, 2005]; CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; DENNIS ENOMOTO; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA | ) |

| | |
|---|---|
| HIRAI, individually and in her capacity as an employee of the Honolulu Liquor Commission; ALLAN GAYLORD, individually and in his capacity as an employee of the Honolulu Liquor Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | Hearing:<br>Date: February 22, 2006<br>Time: 10:00 a.m.<br>Judge: Samuel P. King<br><br>Trial Date: 08/01/06 |

**DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION AND DENNIS ENOMOTO'S WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION AND DENNIS ENOMOTO'S MOTION FOR PARTIAL DISMISSAL, OR IN THE ALTERNATIVE, MOTION FOR <u>PARTIAL SUMMARY JUDGMENT [FILED ON MAY 18, 2005]</u>**

Come now Defendants CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION AND DENNIS ENOMOTO, by and through their attorneys, Kawashima Lorusso & Tom LLP and hereby withdraw without prejudice their Motion for Partial Dismissal, or in the Alternative, Motion for Partial Summary Judgment filed on May 18, 2005 and set to be heard on February 22,

2006 at 10:00 a.m. before Judge Samuel P. King. Plaintiff's counsel will be notified of the withdrawal without prejudice of the motion today.  This withdrawal without prejudice is submitted pursuant to Local Rules of Practice for the United States District Court for the District of Hawaii, Rule 7.1.

DATED:  Honolulu, Hawaii, _____FEB 1 4 2006_____.

_____
JAMES KAWASHIMA
MICHAEL A. LORUSSO
Attorneys for Defendants
City and County of
Honolulu, Honolulu Liquor
Commission, Dennis
Enomoto, Wallace W.
Weatherwax, John Carroll,
Anna Hirai and Allan
Gaylord

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | ) CIVIL NO. CV04-00086 |
| | ) SPK/LEK |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; DENNIS ENOMOTO; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA HIRAI, individually and in her capacity as an employee of the Honolulu Liquor Commission; ALLAN GAYLORD, individually and in his capacity as an employee of the Honolulu Liquor Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand delivery, to the following named attorney at his last known address on FEB 1 4 2006:

DENNIS W. POTTS, ESQ.
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813

Attorney for Plaintiff
KERRY SHANNON

DATED: Honolulu, Hawaii, FEB 1 4 2006.

JAMES KAWASHIMA
MICHAEL A. LORUSSO
Attorneys for Defendants
City and County of
Honolulu, Honolulu Liquor
Commission, Dennis
Enomoto, Wallace W.
Weatherwax, John Carroll,
Anna Hirai and Allan
Gaylord