

withdrawal and substitution shannon v. city SEM.wpd
WATANABE ING KAWASHIMA & KOMEIJI LLP

BRIAN A. KANG   #6495-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone:   (808)544-8300
Facsimile:   (808)544-8399
Email Address: bkang@wik.com

Attorney for Defendants
City and County of Honolulu, Honolulu
Liquor Commission, John Spierling,
Wallace W. Weatherwax, John Carroll, Anna Hirai
and Allan Gaylord

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | ) CIVIL NO. CV04-00086 |
| | ) SPK/LEK |
| Plaintiff, | ) |
| | ) WITHDRAWAL AND SUBSTITUTION |
| vs. | ) OF COUNSEL FOR DEFENDANTS |
| | ) CITY AND COUNTY OF |
| CITY AND COUNTY OF | ) HONOLULU, HONOLULU |
| HONOLULU; HONOLULU LIQUOR | ) LIQUOR COMMISSION, JOHN |
| COMMISSION; JOHN SPIERLING; | ) SPIERLING, WALLACE W. |
| in his official capacity as | ) WEATHERWAX, JOHN CARROLL, |
| chairman of the Honolulu | ) ANNA HIRAI AND ALLAN |
| Liquor Commission; WALLACE | ) GAYLORD; ORDER; CERTIFICATE |
| W. WEATHERWAX, individually | ) OF SERVICE |
| and in his capacity as an | ) |
| agent and employee of the | ) |
| Honolulu Liquor Commission; | ) TRIAL DATE: August 1, 2006 |
| JOHN CARROLL, individually | ) |
| and in his capacity as an | ) |
| employee of the Honolulu | ) |
| Liquor Commission; ANNA | ) |
| HIRAI, individually and in | ) |
| her capacity as an employee | ) |

```
of the Honolulu Liquor        )
Commission; ALLAN GAYLORD,    )
individually and in his       )
capacity as an employee of    )
the Honolulu Liquor           )
Commission; JOHN DOES 1-10,   )
JANE DOES 1-10; DOE           )
CORPORATIONS                  )
1-10; DOE PARTNERSHIPS 1-     )
10; DOE GOVERNMENTAL          )
AGENCIES 1-10,                )
                              )
         Defendants.          )
_____)
```

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI AND ALLAN GAYLORD**

Pursuant to Rules of the United States District Court, LR 83.6(b) and Rule 1.16 of the Hawaii Rules of Professional Conduct, WATANABE ING KAWASHIMA & KOMEIJI, LLP hereby withdraws as counsel for Defendants CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI AND ALLAN GAYLORD in the above-captioned case.

MICHAEL A. LORUSSO and KAWASHIMA LORUSSO & TOM LLP, 745 Fort Street, Suite 500, Honolulu, Hawaii 96813 (Telephone Number: 275-0300; Facsimile Number: 275-

0399) hereby enters their appearance and substitute as counsel for said party.

DATED: Honolulu, Hawaii, _____FEB 1 4 2006_____.

_____
BRIAN A. KANG
WATANABE ING KAWASHIMA & KOMEIJI
Withdrawing Attorney for
Defendants City and County of
Honolulu, Honolulu Liquor
Commission, John Spierling,
Wallace W. Weatherwax, John
Carroll, Anna Hirai and Allan
Gaylord

_____
MICHAEL A. LORUSSO
KAWASHIMA LORUSSO & TOM LLP
Appearing/Substituting Attorney
for Defendants City and County of
Honolulu, Honolulu Liquor
Commission, John Spierling,
Wallace W. Weatherwax, John
Carroll, Anna Hirai and Allan
Gaylord

APPROVED AND SO ORDERED

_____
Judge of the above-entitled Court

---

KERRY SHANNON, Plaintiff v. CITY AND COUNTY OF HONOLULU; et al., Defendants, Civil No. CV04-00086 SPK/LEK; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI AND ALLAN GAYLORD; ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; JOHN SPIERLING; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA HIRAI, individually and in her capacity as an employee of the Honolulu Liquor Commission; ALLAN GAYLORD, individually and in his capacity as an employee of the Honolulu Liquor Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. CV04-00086 SPK/LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand delivery, to the following named attorney at his last known address on FEB 1 4 2006:

DENNIS W. POTTS, ESQ.
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813

Attorney for Plaintiff
KERRY SHANNON

DATED: Honolulu, Hawaii,       FEB 1 4 2006       .

JAMES KAWASHIMA
MICHAEL A. LORUSSO
Attorneys for Defendants
City and County of Honolulu, Honolulu Liquor Commission, John Spierling, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord

- 2 -