ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

| | |
|---|---|
| JAMES KAWASHIMA | #1145-0 |
| RANDALL Y. YAMAMOTO | #3274-0 |
| MICHAEL A. LORUSSO | #3448-0 |

Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone: (808)275-0371
Facsimile: (808)275-0399
Email Address: ryamamoto@kltlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2006

at __11__ o'clock and __5__ min. ____M
SUE BEITIA, CLERK

Attorneys for Defendants
City and County of Honolulu, Honolulu
Liquor Commission, Dennis Enomoto,
Wallace W. Weatherwax, John Carroll, Anna Hirai
and Allan Gaylord

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | ) CIVIL NO. CV04-00086 SPK/LEK |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| vs. | ) **NOTICE OF TAKING** |
| | ) **DEPOSITIONS UPON ORAL** |
| CITY AND COUNTY OF | ) **EXAMINATION** |
| HONOLULU; HONOLULU LIQUOR | ) |
| COMMISSION; DENNIS ENOMOTO; | ) **[Re: Kerry Shannon and Robert** |
| in his official capacity as chairman of | ) **Shannon]** |
| the Honolulu Liquor Commission; | ) |
| WALLACE W. WEATHERWAX, | ) |
| individually and in his capacity as an | ) |
| agent and employee of the Honolulu | ) |
| Liquor Commission; JOHN CARROLL, | ) **Trial Date: 08/01/06** |
| individually and in his capacity as an | ) |

employee of the Honolulu Liquor           )
Commission; ANNA HIRAI,                    )
individually and in her capacity as an     )
employee of the Honolulu Liquor            )
Commission; ALLAN GAYLORD,                 )
individually and in his capacity as an     )
employee of the Honolulu Liquor            )
Commission; JOHN DOES 1-10, JANE )
DOES 1-10; DOE CORPORATIONS     )
1-10; DOE PARTNERSHIPS 1-10;           )
DOE GOVERNMENTAL AGENCIES  )
1-10,                                                    )
                                                           )
           Defendants.                              )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was duly served by means of hand delivery, to the following named attorney at his last known address on ___MAY 12 2006___ :

DENNIS W. POTTS, ESQ.
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813

Attorney for Plaintiff
KERRY SHANNON

DATED: Honolulu, Hawaii, _____MAY 1 2 2006_____.

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
Attorneys for Defendants
City and County of Honolulu, Honolulu
Liquor Commission, John Spierling,
Wallace W. Weatherwax, John Carroll,
Anna Hirai and Allan Gaylord