DENNIS W. POTTS (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 5 2006

at ___ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorney for Plaintiff
KERRY SHANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, ) | CIVIL NO. CV04-00086 SPK/LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | (PLAINTIFF'S THIRD REQUEST |
| ) | FOR PRODUCTION OF |
| CITY AND COUNTY OF ) | DOCUMENTS TO DEFENDANT |
| HONOLULU; HONOLULU ) | CITY AND COUNTY OF |
| LIQUOR COMMISSION; JOHN ) | HONOLULU, HONOLULU |
| SPIERLING; in his official capacity ) | LIQUOR COMMISSION, JOHN |
| as chairman of the Honolulu Liquor ) | SPIERLING, WALLACE W. |
| Commission; WALLACE W. ) | WEATHERWAX, JOHN |
| WEATHERWAX, individually and ) | CARROLL, ANNA HIRAI and |
| in his capacity as an agent and ) | ALLAN GAYLORD) |
| employee of the Honolulu Liquor ) | |
| Commission; JOHN CARROLL, ) | |
| individually and in his capacity as ) | |
| an employee of the Honolulu Liquor ) | |
| Commission; ANNA HIRAI, ) | |
| individually and in her capacity as ) | |
| an employee of the Honolulu Liquor ) | |
| Commission; ALLAN GAYLORD, ) | |
| individually and in his capacity as an ) | |
| employee of the Honolulu Liquor ) | |

| | |
|---|---|
| Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE
(PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI and ALLAN GAYLORD)

The undersigned hereby certifies that two copies of Plaintiff's Third Request for Production of Documents to Defendant City and County of Honolulu, Honolulu Liquor Commission, John Spierling, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord were served upon the following by U.S. Mail, postage prepaid on May 12, 2006:

> MICHAEL A. LORUSSO, ESQ.
> RANDALL Y. YAMAMOTO, ESQ.
> 745 Fort Street, Suite 500
> Honolulu, HI 96813
>
> Attorneys for Defendants
> City and County of Honolulu, Honolulu Liquor Commission, John Spierling, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord

DATED: Honolulu, Hawaii, _____5/12/06_____.

_____
DENNIS W. POTTS

Attorney for Plaintiff
KERRY SHANNON