DENNIS W. POTTS  (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

Attorney for Plaintiff
KERRY SHANNON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 25 2006

at 3 o'clock and 21 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KERRY SHANNON, | ) | CIVIL NO. CV04-00086 SPK/LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | (PLAINTIFF'S FOURTH |
| | ) | REQUEST FOR PRODUCTION OF |
| CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; JOHN SPIERLING; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA HIRAI, individually and in her capacity as an employee of the Honolulu Liquor Commission; ALLAN GAYLORD, individually and in his capacity as an employee of the Honolulu Liquor | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DOCUMENTS TO DEFENDANT CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI and ALLAN GAYLORD) |

-2-

| | |
|---|---|
| Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE
### (PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI and ALLAN GAYLORD)

The undersigned hereby certifies that two copies of Plaintiff's Fourth Request for Production of Documents to Defendant City and County of Honolulu, Honolulu Liquor Commission, John Spierling, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord were served upon the following by hand delivery on May 25, 2006:

MICHAEL A. LORUSSO, ESQ.
RANDALL Y. YAMAMOTO, ESQ.
745 Fort Street, Suite 500
Honolulu, HI 96813

Attorneys for Defendants
City and County of Honolulu, Honolulu Liquor
Commission, John Spierling, Wallace W. Weatherwax,
John Carroll, Anna Hirai and Allan Gaylord

DATED: Honolulu, Hawaii, _____5/25/06_____.

_____
DENNIS W. POTTS

Attorney for Plaintiff
KERRY SHANNON