# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/07/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00086SPK-LEK |
| CASE NAME: | Kerry Shannon vs. City and County of Honolulu, Honolulu Liquor Commission, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/07/2006 | TIME: | |

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

1. Jury trial on May 22, 2007 at 9:00 a.m. before SPK
2. Final Pretrial Conference on April 10, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 3, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by February 21, 2007
7. File Dispositive Motions by December 20, 2006
8a. File Motions in Limine by May 1, 2007
8b. File opposition memo to a Motion in Limine by May 8, 2007
11a. Plaintiff's Expert Witness Disclosures by November 20, 2006
11b. Defendant's Expert Witness Disclosures by December 20, 2006
12. Discovery deadline March 23, 2007
13. Settlement Conference **as set** for October 16, 2006 at 1:30 p.m. before LEK
14. Settlement Conference statements by **October 10, 2006 (October 9, 2006 is a Holiday)**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 8, 2007
21. File Final witness list by May 1, 2007
24. Exchange Exhibit and Demonstrative aids by April 24, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 1, 2007

26. File objections to the Exhibits by May 8, 2007
28a. File Deposition Excerpt Designations by May 1, 2007
28b. File Deposition Counter Designations and Objections by May 8, 2007
29. File Trial Brief by May 8, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.  **Parties are informed that the Jury Selection/Trial for the above entitled matter will not be continued any further.**


Submitted by: Warren N. Nakamura, Courtroom Manager


CIVIL NO. 04-00086SPK-LEK;
Kerry Shannon vs. City and County of Honolulu, HonoluluLiquor Commission, et al.;
Rule 16 Scheduling Conference Minutes
08/07/2006