# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00086SPK-LEK |
| CASE NAME: | Kerry Shannon vs. City and County of Honolulu, Honolulu Liquor Commission, et al. |
| ATTYS FOR PLA: | Dennis W. Potts |
| ATTYS FOR DEFT: | Randall Y. Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 11/13/2006 | TIME: | 1:30-2:15 |

COURT ACTION:  EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager