ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
MICHAEL A. LORUSSO   #3448-0
CARTER K. SIU        #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:   (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU LIQUOR COMMISSION;<br>DENNIS ENOMOTO; in his official<br>capacity as chairman of the<br>Honolulu Liquor Commission;<br>WALLACE W. WEATHERWAX,<br>individually and in his<br>capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his<br>capacity as an employee of the<br>Honolulu Liquor Commission;<br>ANNA HIRAI, individually and in<br>her capacity as an employee of<br>the Honolulu Liquor Commission;<br>ALLAN GAYLORD, individually and<br>in his capacity as an employee<br>of the Honolulu Liquor<br>Commission; JOHN DOES 1-10, | CIVIL NO. CV04-00086 SPK/LEK<br><br>CERTIFICATE OF SERVICE<br><br>**NOTICE OF TAKING DEPOSITION UPON WRITTEN QUESTIONS; QUESTIONS]**<br><br>[JACK SUYDERHOUD, Ph.D.] |

```
JANE DOES 1-10; DOE              )
CORPORATIONS 1-10; DOE           )
PARTNERSHIPS 1-10; DOE           )
GOVERNMENTAL AGENCIES 1-10,      )
                                 )
          Defendants.            )
                                 )
_____  )
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Taking Deposition Upon Written Questions was duly served by means of hand delivery, to the following named attorney at his last known address on   NOV 29 2006   :

    DENNIS W. POTTS, ESQ.
    1001 Bishop Street
    2755 Pacific Tower
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    KERRY SHANNON

DATED: Honolulu, Hawaii,   NOV 29 2006   .

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendants
City and County of Honolulu,
Honolulu Liquor Commission, John
Spierling, Wallace W. Weatherwax,
John Carroll, Anna Hirai
and Allan Gaylord