ORIGINAL

**DENNIS W. POTTS**  (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2006

at 12 o'clock and 05 min. P .M
SUE BEITIA, CLERK

Attorney for Plaintiff
**KERRY SHANNON**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>        Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF<br> HONOLULU; HONOLULU<br>LIQUOR COMMISSION; JOHN<br>SPIERLING; in his official capacity<br>as chairman of the Honolulu Liquor<br>Commission; WALLACE W.<br>WEATHERWAX, individually and<br>in his capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his capacity as<br>an employee of the Honolulu Liquor<br>Commission; ANNA HIRAI,<br>individually and in her capacity as<br>an employee of the Honolulu Liquor<br>Commission; ALLAN GAYLORD,<br>individually and in his capacity as an<br>employee of the Honolulu Liquor | **CIVIL NO. CV04-00086**<br>**SPK/LEK**<br><br>CERTIFICATE OF SERVICE<br>(Re:  Notice of Taking Deposition<br>upon Oral Examination) |

| | |
|---|---|
| Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

(C:\NEW-CLIENTS\SHANNON\COS-DEPO NOTICE-2)

## CERTIFICATE OF SERVICE
### (Re:  Notice of Taking Deposition upon Oral Examination)

The undersigned hereby certifies that a copy of the Notice of Taking Deposition Upon Oral Examination (Steven Murakami, Anna Hirai, John Carroll, Robert Durrick and Wallace Weatherwax) was served upon the following by hand delivery on December 6, 2006:

>MICHAEL A. LORUSSO, ESQ.
>RANDALL Y. YAMAMOTO, ESQ.
>CARTER K. SIU, ESQ.
>745 Fort Street, 5th Floor
>Honolulu, HI 96813
>
>Attorneys for Defendants

DATED: Honolulu, Hawaii, 12/6/06.

_____
DENNIS W. POTTS
Attorney for Plaintiff
**KERRY SHANNON**

-2-