TABLE OF AUTHORITIES

CASES

Allen v. City and County of Honolulu,
    816 F.Supp. 1501 (D. Hawaii 1993) . . . . . . . . . . . . 12

Alpha Energy Savers, Inc. V. Hansen,
    381 F.3d 917 (9th Cir. 2004) . . . . . . . . . . . . . . 18

American Family Ass'n v. City and County of San Fran.,
    277 F.3d 1114 (9th Cir. 2002) . . . . . . . . . . . . . . 7

Anderson v. Creighton,
    483 U.S. 635, 107 S.Ct. 3034 (1987) . . . . . . . . . . . 12

Batacan v. Reliant Pharmaceuticals,
    324 F.Supp.2d 1144 (D.Hawaii 2004) . . . . . . . . . . . 36

Black v. City & County of Honolulu,
    112 F.Supp.2d 1041 (D. Hawaii 2000) . . . . . . . . . . . 33

Celotex Corp. v. Catrett,
    477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . 7

City of St. Louis v. Praprotnik,
    485 U.S. 112 (1988) . . . . . . . . . . . . . . . . . . . 9

Coszalter v. City of Salem,
    320 F.3d 968 (9th Cir. 2003) . . . . . . . . . . . . 12, 17

Dairy Road Partners,
    92 Hawai`i 398, 992 P.2d 93 (2000) . . . . . . . . . 34, 35

Daly v. Harris,
    215 F.Supp.2d 1098 (D. Hawaii 2002) . . . . . . . . . . . 39

Deprado v. City of Miami,
    446 F.Supp.2d 1344 (S.D.Fla. 2006) . . . . . . . . . 14, 15

Furukawa v. Honolulu Zoological Society,
    85 Hawaii 7, 936 P.2d 643 (1997) . . . . . . . . . . . . 33

Garcetti v. Ceballos,
    126 S.Ct. 1951 (2006) . . . . . . . . . . . . . 12, 13, 15

Hac v. University of Hawaii,
    102 Hawaii 92, 73 P.3d 46 (2003) . . . . . . . . . . . . . . 37

Hunter v. Bryant,
    502 U.S. 224, 112 S.Ct. 534 (1991) . . . . . . . . . . . . . 10

Huskey v. City of San Jose,
    204 F.3d 893 (9th Cir. 2000) . . . . . . . . . . . . . . . . 24

Kahale v. ADT Automotive Services, Inc.,
    2 F.Supp.2d 1295 (D. Hawaii 1998) . . . . . . . . . . . . . 33

Kang v. Harrington,
    59 Haw. 652, 587 P.2d 285 (1978) . . . . . . . . . . . . . . 39

Kaplan v. City of Arlington,
    184 F.Supp.2d 553 (N.D. Texas 2002 . . . . . . . . . . . . . . 9

Lauer v. Young Men's Christian Association of Honolulu,
    57 Haw. 390, 557 P.2d 1334 (1976) . . . . . . . . . . 38, 39

Masaki v. General Motors Corp.,
    71 Haw. 1, 780 P.2d 566 (1989) . . . . . . . . . . . . 39, 40

McCoy v. City of New York,
    131 F.Supp.2d 363 (E.D. N.Y. 2001) . . . . . . . . . . . . . . 9

Medeiros v. Kondo,
    55 Haw. 499, 522 P.2d 1269 (1974) . . . . . . . . . . . . . 30

Mitchell v. Forsyth,
    472 U.S. 511, 86 L.Ed.2d 411, 105 S.Ct. 2806 (1985) . . 10

Monell v. Department of Social Services of New York,
    436 U.S. 658 (1978) . . . . . . . . . . . . . . . . . . . . . 8

Nunez v. City of Los Angeles,
    147 F.3d 867 (9th Cir. 1998) . . . . . . 17, 18, 21, 23, 24

O.S.C. Corp. v. Apple Computer, Inc.,
    792 F.2d 1464 (9th Cir. 1986) . . . . . . . . . . . . . . . . 8

Pahk v. State of Hawaii,
    109 F.Supp.2d at 1269 (D.Hawaii 2000) . . . . . . . . 11, 30

Ross v. Stouffer Hotel Company (Hawaii) Ltd.,
    76 Hawai`I 454, 879 P.2d 1037 (1994) . . . . . . . . . 36, 40

Runnels v. Okamoto,
    56 Haw. 1, 525 P.2d 1125 (1974) . . . . . . . . . . . . . 30

Saucier v. Katz,
    533 U.S. 194, 150 L.Ed.2d 272,
    121 S.Ct. 2151 (2001) . . . . . . . . . . . . . . . . 10, 11

Sweaney v. Ada County, Idaho,
    119 F.3d 1385 (9th Cir. 1997) . . . . . . . . . . . . . . 11

T.W. Elec. Serv., Inc. v. Pac. Elec. Contractors Ass'n,
    809 F.2d 626 (9th Cir. 1987) . . . . . . . . . . . . . . . 8

Takaki v. Allied Machinery Corp.,
    87 Hawai`i 57, 951 P.2d 507 (Haw.App. 1998) . . . . . . . 36

Thompson Trading Ltd. v. Allied Breweries Overseas Trading Ltd.,
    748 F. Supp. 936 (D. R.I. 1990) . . . . . . . . . . . . . 35

Towse v. State of Hawaii,
    64 Haw. 624, 647 P.2d 696 (1982) . . . . . . . . . . 29, 30

Wong v. City & County of Honolulu,
    333 F.Supp.2d 942 (D. Hawaii 2004) . . . . . . . . . . 8, 29

STATUTES

42 U.S.C. § 1983 . . . . . . . . . . . . . . . . . 8-10, 28, 29, 36

H.R.S. § 378-62 . . . . . . . . . . . . . . . . . . . . . . . 31, 36

HRS § 281-17(a)(5) . . . . . . . . . . . . . . . . . . . . . . . 16

RULES

F.R.C.P. 56(c) . . . . . . . . . . . . . . . . . . . . . . . . . 7

F.R.C.P. 56(e) . . . . . . . . . . . . . . . . . . . . . . . . . 7

## MISCELLANEOUS

22 Am.Jur.2d Damages § 551 . . . . . . . . . . . . . . . . . 40

25 C.J.S. Damages § 195 . . . . . . . . . . . . . . . . . . . 40

Restatement (Second) of Torts § 317 (1995) . . . . . . . . . 34