IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | ) CIVIL NO. CV04-00086 SPK/LEK |
| Plaintiff, | ) **LOCAL RULE 7.5(e) CERTIFICATION** |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; DENNIS ENOMOTO; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA HIRAI, individually and in her capacity as an employee of the Honolulu Liquor Commission; ALLAN GAYLORD, individually and in his capacity as an employee of the Honolulu Liquor Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

## LOCAL RULE 7.5(e) CERTIFICATION

According to the word-count function of the undersigned's word processing program (WordPerfect 12), the foregoing Memorandum in Support of Defendants City and County of Honolulu, Honolulu Liquor Commission, Dennis Enomoto,

Wallace W. Weatherwax, John Carroll, Anna Hirai, and Allan Gaylord's Motion to Dismiss or in the Alternative for Summary Judgment contains **8856** total words.

DATED: Honolulu, Hawaii, <u>December 20, 2006</u>.

                                                     /s/ James Kawashima
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
CARTER K. SIU
Attorneys for Defendants
City and County of Honolulu,
Honolulu Liquor Commission,
Dennis Enomoto, Wallace W.
Weatherwax, John Carroll,
Anna Hirai and Allan Gaylord