IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | ) CIVIL NO. CV04-00086 SPK/LEK |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; DENNIS ENOMOTO; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA HIRAI, individually and in her capacity as an employee of the Honolulu Liquor Commission; ALLAN GAYLORD, individually and in his capacity as an employee of the Honolulu Liquor Commission; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was duly served by means of hand delivery, to the following named attorney at his last known address on December 20, 2006:

DENNIS W. POTTS, ESQ.
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813

Attorney for Plaintiff
KERRY SHANNON

DATED: Honolulu, Hawaii, December 20, 2006.

/s/ James Kawashima

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
CARTER K. SIU
Attorneys for Defendants
City and County of Honolulu,
Honolulu Liquor Commission,
Dennis Enomoto, Wallace W.
Weatherwax, John Carroll,
Anna Hirai and Allan Gaylord