05004146.WPD

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA       #1145-0
RANDALL Y. YAMAMOTO #3274-0
CARTER K. SIU         #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:   (808)275-0371
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU LIQUOR COMMISSION;<br>DENNIS ENOMOTO; in his official<br>capacity as chairman of the<br>Honolulu Liquor Commission;<br>WALLACE W. WEATHERWAX,<br>individually and in his<br>capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his<br>capacity as an employee of the<br>Honolulu Liquor Commission;<br>ANNA HIRAI, individually and in<br>her capacity as an employee of<br>the Honolulu Liquor Commission;<br>ALLAN GAYLORD, individually and<br>in his capacity as an employee<br>of the Honolulu Liquor<br>Commission; JOHN DOES 1-10, | ) CIVIL NO. CV04-00086 SPK/LEK<br>)<br>) CONCISE STATEMENT OF FACTS IN<br>) SUPPORT OF DEFENDANTS CITY AND<br>) COUNTY OF HONOLULU, HONOLULU<br>) LIQUOR COMMISSION, DENNIS<br>) ENOMOTO, WALLACE W. WEATHERWAX,<br>) JOHN CARROLL, ANNA HIRAI, AND<br>) ALLAN GAYLORD'S MOTION TO<br>) DISMISS OR IN THE ALTERNATIVE<br>) FOR SUMMARY JUDGMENT;<br>) DECLARATION OF RANDALL Y.<br>) YAMAMOTO; EXHIBITS "A" - "E;"<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial Date: May 22, 2007<br>)<br>) |

```
JANE DOES 1-10; DOE              )
CORPORATIONS                     )
1-10; DOE PARTNERSHIPS 1-10;     )
DOE GOVERNMENTAL AGENCIES 1-10,  )
                                 )
          Defendants.            )
_____)
```

CONCISE STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS
CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION,
DENNIS ENOMOTO, WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD'S MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Pursuant to Rule L.R. 56.1 fo the Local Rules of

Practice for the United States District Court for the District of

Hawaii, Defendants CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR

COMMISSION, DENNIS ENOMOTO, in his official capacity as chairman

of the Honolulu Liquor Commission, WALLACE W. WEATHERWAX,

individually and in his capacity as an agent and employee of the

Honolulu Liquor Commission, JOHN CARROLL, individually and in his

capacity as an employee of the Honolulu Liquor Commission, ANNA

HIRAI, individually and in her capacity as an employee of the

Honolulu Liquor Commission, and ALLAN GAYLORD, individually and

in his capacity as an employee of the Honolulu Liquor Commission,

hereby submit their separate concise statement of material facts

in support of their Motion to Dismiss or in the alternative, for

Summary Judgment, which is being filed contemporaneously.

| Facts | Evidentiary Support |
|---|---|
| Plaintiff applied for overtime pay with the Liquor Commission because of his participation with the FBI and HPD investigation. | See Exhibit "B," Kerry Shannon Deposition Transcript (Vol. II), dated May 23, 2006 ("Shannon Depo Vol. II") at pg. 52, line 2 - pg.54, line 18. |
| Plaintiff has no evidence that Defendants informed Plaintiff's fellow investigators of the Plaintiff's grand jury testimony | See Exhibit "C," Plaintiff Kerry Shannon's Deposition Transcript (Vol. I), dated May 22, 2006 ("Shannon Depo Vol. I") at pg. 82, lines 12 - 19. |
| Plaintiff has no evidence that Allan Gaylord delayed processing of his workers' compensation claim as retaliation.  Rather, the evidence establishes that Allan Gaylord investigated the incident because he didn't think Plaintiff could have injured himself because the female was smaller than Plaintiff. | See Shannon Depo. Vol. 1 at pg. 90, lines 3 - 25. |
| Plaintiff voluntarily resigned for unrelated and pre-existing medical reasons. | See Shannon Depo at Vol. I at pg. 105, lines, 20 - 25; Shannon Depo Vol. II at pg. 30, line 19 - pg. 33, line 14. |
| Plaintiff admits that he made derogatory comments about commissioners regarding the Happy Days Chinese Restaurant and was verbally counseled for it; no disciplinary action was taken. | See Shannon Depo Vol. I at pg. 63, line 20 - pg. 64, line 16. |

| Facts | Evidentiary Support |
|---|---|
| Plaintiff admits that he has no evidence that Defendants turned off Plaintiff's computer when he was not present. | See Shannon Depo Vol. I at pg. 94, lines 13 - 14. |
| Prior to him testifying before the Grand Jury on February 13, 2002, Plaintiff was already assigned to serve subpoenas in dangerous neighborhoods. | See Shannon Depo Vol. I at pg. 141, line 19 - pg. 142, line 25. |
| When Plaintiff was re-assigned to licensing, he was stationed in the enforcement division because of planned construction in the licensing area. | See Shannon Depo Vol. II at pg. 105, line 21 - pg. 106, line 20. |
| Plaintiff admits that he has no evidence that Defendants made anonymous phone calls threatening his life. | See Shannon Depo Vol I. at pg. 97, line 15 - pg. 98, line 13; Shannon Depo Vol I. at pg. 98, line 17 - pg. 99, line 5; Shannon Depo Vol. II at pg. 79, line 22 0 pg. 80, line 7. |
| Plaintiff admits that he has no evidence linking Defendants to the dead rat found on his car. | See Shannon Depo Vol. II at pg. 79, line 22 - pg. 80, line 7. |
| Plaintiff's car was stolen before he testified before the Grand Jury. | See Exhibit "D," Deposition of Robert Shannon, dated May 22, 2006, at pg. 15, line 24 - pg. 16, line 3. |

| Facts | Evidentiary Support |
|---|---|
| Plaintiff voluntarily accepted a temporary assignment to the licensing division, and later, requested and received a transfer back to the division upon his request. | See Shannon Depo at Vol. I at pg. 65, line 4 - pg. 66, line 7; Shannon Depo at Vol. I at pg. 66, lines 10 - 15; Shannon Depo at Vol. I at pg. 67, lines 3 - 6, lines 20 - 23; Shannon Depo at Vol. I at pg. 68, lines 19 - 22;  Shannon Depo Vol II at pg. 33, line 15 - pg. 34, line 3. |
| Plaintiff never complained of being harassed to the Employee Defendants. | See Shannon Depo. Vol. II, pg. 80, lines 17 - 24; pg. 57, line 9 - 23; pg. 58, lines 10 - 21. |
| Plaintiff was sued by Rainbow Country Liquors on June 9, 2000, a year and a half before he testified before the Grand Jury. | See Exhibit "E." |

DATED:   Honolulu, Hawaii, <u>December 20, 2006</u>.

JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
CARTER K. SIU
Attorneys for Defendants
City and County of Honolulu,
Honolulu Liquor Commission,
Dennis Enomoto, Wallace W.
Weatherwax, John Carroll,
Anna Hirai, and Allan Gaylord