Hawai'i State Judiciary: Ho'ohiki
http://hoohiki2.courts.state.hi.us/jud/hoohiki/DSEnter.jsp?selectsequence=1
12/8/2006 4:39 PM
1 of 1



# Hawai'i State Judiciary Ho'ohiki
Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Document Detail

**Case Title:** SUN AE CLARKE ETC VS C & C HONOLULU ETAL

**Sequence:** 0000001

**Doc. ID:** CMP

**Date of Filing:** 06-09-2000   **Time of Filing:** 1119

**Doc. Name:** COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS TO ANSWER CIVIL COMPLAINT

**Case Title:** 1CC00-1-001829

**Comments:**

**Case Folder Page Number:**

**Volume Number:**

**Filing Party Name:** HARRISON, WILLI

  
Party List    Document List    Case Info

&lt;Previous | Next&gt;    **Page Number:** PG 0000001 OF 0000024


EXHIBIT "E"

# Hawai'i State Judiciary Ho'ohiki
Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Document Detail

**Case Title:** SUN AE CLARKE ETC VS C & C HONOLULU ETAL  1CC00-1-001829
**Doc. ID:** ROS   **Date of Filing:** 06-23-2000   **Time of Filing:** 1258   **Sequence:** 0000004
**Doc. Name:** RETURN OF SERVICE
(SRVD COMPLAINT ETC ON KERRY SHANNON ON 6/22/2000 BY H KURODA)

**Filing Party Name:** HARRISON, WILLI
**Volume Number:**
**Case Folder Page Number:**
**Comments:**

 Party List
 Document List
 Case Info.

<Previous | Next>   **Page Number:** 0000004 OF 0000024

# Hawai'i State Judiciary Hoʻohiki
Hawai'i State Judiciary's Public Access to Court Information



Print | Help | New Search | Exit

## Document Detail

**Case Title:** SUN AE CLARKE ETC VS C & C HONOLULU ETAL     1CC00-1-001829
**Doc. ID:** ANCMP    **Date of Filing:** 07-24-2000    **Time of Filing:** 0816    **Sequence:** 0000007
**Doc. Name:** DEFENDANTS KERRY SHANNON AND CLIFFORD S MURAOKA'S ANSWER TO COMPLAINT FILED JUNE 9, 2000; DEMAND FOR TRIAL BY JURY; C/S (BY JAMES C BUTT)

**Filing Party Name:** BUTT, JAMES CAR
**Volume Number:**
**Case Folder Page Number:**
**Comments:**





<Previous | Next>    **Page Number:** 0000007 OF 0000024

# Hawai'i State Judiciary Ho'ohiki

Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Search | Exit

## Document List

1CC00-1-001829

| Seq. | Document Type | Title | Date |
|---|---|---|---|
| 0000001 | CMP | COMPLAINT; DEMAND F | 06-09-2000 |
| 0000002 | | ORDER OF CASE ASSIG | 06-14-2000 |
| 0000003 | ROS | RETURN OF SERVICE | 06-23-2000 |
| 0000004 | ROS | RETURN OF SERVICE | 06-23-2000 |
| 0000005 | ROS | RETURN OF SERVICE | 06-23-2000 |
| 0000006 | ANCMP | DEFT C&C OF HONOLUL | 06-29-2000 |
| 0000007 | ANCMP | DEFENDANTS KERRY SH | 07-24-2000 |
| 0000008 | | REQUEST TO CLERK TO | 09-07-2000 |
| 0000009 | CS | CERTIFICATE OF SERV | 09-11-2000 |
| 0000010 | | NOTICE OF WITHDRAWA | 09-13-2000 |
| 0000011 | | PLTFS' EX-PARTE MOT | 02-09-2001 |
| 0000012 | CS | CERTIFICATE OF SERV | 02-14-2001 |
| 0000013 | NTDO | NOTICE OF TAKING DE | 04-11-2001 |
| 0000014 | | PLTF SUN AE CLARKE' | 05-23-2001 |
| 0000015 | | SEALED ARBITRATION | 05-30-2001 |
| 0000016 | CS | CERTIFICATE OF SERV | 06-06-2001 |
| 0000017 | | PLTFS' PRE-TRIAL ST | 08-09-2001 |
| 0000018 | | DEFTS KERY SHANNON, | 09-04-2001 |




<Previous | Next>   Page Number: 000001 OF 000002