ORIGINAL

DENNIS W. POTTS   (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 2 2007

at ____3____ o'clock and __30__ min ___
SUE BEITIA, CLERK

Attorney for Plaintiff
KERRY SHANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, ) | CIVIL NO. CV04-00086 SPK/LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | (PLAINTIFF'S FIFTH REQUEST |
| ) | FOR PRODUCTION OF |
| CITY AND COUNTY OF ) | DOCUMENTS TO DEFENDANT |
| HONOLULU; HONOLULU ) | CITY AND COUNTY OF |
| LIQUOR COMMISSION; JOHN ) | HONOLULU, HONOLULU |
| SPIERLING; in his official capacity ) | LIQUOR COMMISSION, JOHN |
| as chairman of the Honolulu Liquor ) | SPIERLING, WALLACE W. |
| Commission; WALLACE W. ) | WEATHERWAX, JOHN |
| WEATHERWAX, individually and ) | CARROLL, ANNA HIRAI and |
| in his capacity as an agent and ) | ALLAN GAYLORD) |
| employee of the Honolulu Liquor ) | |
| Commission; JOHN CARROLL, ) | |
| individually and in his capacity as ) | |
| an employee of the Honolulu Liquor ) | |
| Commission; ANNA HIRAI, ) | |
| individually and in her capacity as ) | |
| an employee of the Honolulu Liquor ) | |
| Commission; ALLAN GAYLORD, ) | |
| individually and in his capacity as an ) | |
| employee of the Honolulu Liquor ) | |

```
Commission; JOHN DOES 1-10,      )
JANE DOES 1-10; DOE              )
CORPORATIONS 1-10;              )
DOE PARTNERSHIPS 1-10; DOE      )
GOVERNMENTAL AGENCIES           )
1-10,                           )
                Defendants.      )
                                 )
_____ )
```

## CERTIFICATE OF SERVICE
### (PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, JOHN SPIERLING, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI and ALLAN GAYLORD)

The undersigned hereby certifies that two copies of Plaintiff's Fifth Request for Production of Documents to Defendant City and County of Honolulu, Honolulu Liquor Commission, John Spierling, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord were served upon the following by hand delivery on January 22, 2006:

RANDALL Y. YAMAMOTO, ESQ.
CARTER SIU, ESQ
745 Fort Street, Suite 500
Honolulu, HI 96813

Attorneys for Defendants
City and County of Honolulu, Honolulu Liquor
Commission, John Spierling, Wallace W. Weatherwax,
John Carroll, Anna Hirai and Allan Gaylord

DATED: Honolulu, Hawaii, _____ 1/22/07 _____.

_____

DENNIS W. POTTS

Attorney for Plaintiff
KERRY SHANNON

-3-