ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
CARTER K. SIU        #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:  (808)275-0371
Facsimile:  (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 16 2007

at 2 o'clock and 07 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU LIQUOR COMMISSION;<br>DENNIS ENOMOTO; in his official<br>capacity as chairman of the<br>Honolulu Liquor Commission;<br>WALLACE W. WEATHERWAX,<br>individually and in his<br>capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his<br>capacity as an employee of the<br>Honolulu Liquor Commission;<br>ANNA HIRAI, individually and in<br>her capacity as an employee of<br>the Honolulu Liquor Commission;<br>ALLAN GAYLORD, individually and<br>in his capacity as an employee<br>of the Honolulu Liquor<br>Commission; JOHN DOES 1-10, | CIVIL NO. CV04-00086 SPK/LEK<br><br>CERTIFICATE OF SERVICE<br>[RE: DEFENDANTS CITY AND COUNTY<br>OF HONOLULU, HONOLULU LIQUOR<br>COMMISSION, DENNIS ENOMOTO,<br>WALLACE W. WEATHERWAX, JOHN<br>CARROLL, ANNA HIRAI AND ALLAN<br>GAYLORD'S RESPONSE TO<br>PLAINTIFF'S FIFTH REQUEST FOR<br>PRODUCTION OF DOCUMENTS] |

```
JANE DOES 1-10; DOE           )
CORPORATIONS                  )
1-10; DOE PARTNERSHIPS 1-10;  )
DOE GOVERNMENTAL AGENCIES 1-10, )
                              )
        Defendants.           )
                              )
```

## CERTIFICATE OF SERVICE

I hereby certify that two (2) copies of DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, DENNIS ENOMOTO, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI AND ALLAN GAYLORD'S RESPONSE TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS was duly served by means of hand delivery, to the following named attorney at his last known address on February 16, 2007:

    DENNIS W. POTTS, ESQ.
    1001 Bishop Street
    2755 Pacific Tower
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    KERRY SHANNON

DATED: Honolulu, Hawaii, February 16, 2007

    /s/ James Kawashima
    JAMES KAWASHIMA
    RANDALL Y. YAMAMOTO
    CARTER K. SIU
    Attorneys for Defendants
    City and County of Honolulu,
    Honolulu Liquor Commission,
    Dennis Enomoto, Wallace W.
    Weatherwax, John Carroll,
    Anna Hirai and Allan Gaylord