ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO #3274-0
CARTER K. SIU        #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:   (808)275-0371
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2007

at ____ o'clock and ____ min. ___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | ) CIVIL NO. CV04-00086 SPK/LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) [RE: **DEFENDANTS CITY AND COUNTY** |
| vs. | ) **OF HONOLULU, HONOLULU LIQUOR** |
| | ) **COMMISSION, DENNIS ENOMOTO,** |
| CITY AND COUNTY OF HONOLULU; | ) **WALLACE W. WEATHERWAX, JOHN** |
| HONOLULU LIQUOR COMMISSION; | ) **CARROLL, ANNA HIRAI AND ALLAN** |
| DENNIS ENOMOTO; in his official | ) **GAYLORD'S FIRST REQUEST FOR** |
| capacity as chairman of the | ) **ADMISSIONS AND SECOND REQUEST** |
| Honolulu Liquor Commission; | ) **FOR ANSWERS TO INTERROGATORIES** |
| WALLACE W. WEATHERWAX, | ) **TO PLAINTIFF KERRY SHANNON** ] |
| individually and in his | ) |
| capacity as an agent and | ) |
| employee of the Honolulu Liquor | ) |
| Commission; JOHN CARROLL, | ) |
| individually and in his | ) |
| capacity as an employee of the | ) |
| Honolulu Liquor Commission; | ) |
| ANNA HIRAI, individually and in | ) |
| her capacity as an employee of | ) |
| the Honolulu Liquor Commission; | ) |
| ALLAN GAYLORD, individually and | ) |
| in his capacity as an employee | ) |
| of the Honolulu Liquor | ) |
| Commission; JOHN DOES 1-10, | ) |
| | ) |

```
JANE DOES 1-10; DOE            )
CORPORATIONS                   )
1-10; DOE PARTNERSHIPS 1-10;   )
DOE GOVERNMENTAL AGENCIES 1-10,)
                               )
          Defendants.          )
                               )
```

_____

## CERTIFICATE OF SERVICE

I hereby certify that two (2) copies of **DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, DENNIS ENOMOTO, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI AND ALLAN GAYLORD'S FIRST REQUEST FOR ADMISSIONS AND SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF KERRY SHANNON** were duly served by means of hand delivery, to the following named attorney at his last known address on February 21, 2007:

        DENNIS W. POTTS, ESQ.
        1001 Bishop Street
        2755 Pacific Tower
        Honolulu, Hawaii 96813

        Attorney for Plaintiff
        KERRY SHANNON

DATED:  Honolulu, Hawaii, <u>February 21, 2007</u>

                        _____
                        JAMES KAWASHIMA
                        RANDALL Y. YAMAMOTO
                        CARTER K. SIU
                        Attorneys for Defendants
                        City and County of Honolulu,
                        Honolulu Liquor Commission,
                        Dennis Enomoto, Wallace W.
                        Weatherwax, John Carroll,
                        Anna Hirai and Allan Gaylord