ORIGINAL

DENNIS W. POTTS (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff
KERRY SHANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KERRY SHANNON, | ) | CIVIL NO. CV04-00086 SPK/LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S THIRD |
| vs. | ) | SUPPLEMENTAL INITIAL |
| | ) | DISCLOSURES; CERTIFICATE |
| CITY AND COUNTY OF | ) | OF SERVICE |
| HONOLULU; HONOLULU | ) | |
| LIQUOR COMMISSION; JOHN | ) | |
| SPIERLING; in his official capacity | ) | |
| as chairman of the Honolulu Liquor | ) | |
| Commission; WALLACE W. | ) | |
| WEATHERWAX, individually and | ) | |
| in his capacity as an agent and | ) | |
| employee of the Honolulu Liquor | ) | |
| Commission; JOHN CARROLL, | ) | |
| individually and in his capacity as | ) | |
| an employee of the Honolulu Liquor | ) | Trial Date: Week of May 22, 2007 |
| Commission; ANNA HIRAI, | ) | The Honorable Samuel P. King |
| individually and in her capacity as | ) | |
| an employee of the Honolulu Liquor | ) | |
| Commission; ALLAN GAYLORD, | ) | |
| individually and in his capacity as an | ) | |
| employee of the Honolulu Liquor | ) | |

```
Commission; JOHN DOES 1-10,      )
JANE DOES 1-10; DOE              )
CORPORATIONS 1-10;               )
DOE PARTNERSHIPS 1-10; DOE       )
GOVERNMENTAL AGENCIES            )
1-10,                            )
              Defendants.        )
                                 )
_____)
```

## PLAINTIFF'S THIRD SUPPLEMENTAL INITIAL DISCLOSURES

1. Denise Tsukayama, City and County of Honolulu, Department of Human Resources, will testify about the procedures available for City employees to report wrongdoing under the Whistleblower's statute.

DATED: Honolulu, Hawaii, February 23, 2007.

_____
DENNIS W. POTTS

Attorney for Plaintiff
KERRY SHANNON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within was served upon the following by hand delivery on the date below:

RANDALL Y. YAMAMOTO, ESQ.
CARTER SIU, ESQ.
745 Fort Street, Suite 500
Honolulu, HI 96813

Attorneys for Defendants
City and County of Honolulu, Honolulu Liquor Commission, John Spierling, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord

DATED: Honolulu, Hawaii, February 23, 2007.

_____
DENNIS W. POTTS

Attorney for Plaintiff
KERRY SHANNON