ORIGINAL

Kawashima Lorusso & Tom LLP
A Limited Liability Law Partnership

JAMES KAWASHIMA      1145-0
RANDALL Y. YAMAMOTO  3274-0
MICHAEL A. LORUSSO   3448-0
CARTER K. SIU        7313-0
Topa Financial Center
Fort Street Tower
745 Fort Street, Suite 500
Honolulu, Hawaii 96813
Telephone No.: (808) 275-0300
Facsimile No.: (808) 275-0339
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
HONOLULU LIQUOR COMMISSION,
DENNIS ENOMOTO, WALLACE W. WEATHERWAX,
JOHN CARROLL, ANNA HIRAI,
AND ALLAN GAYLORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2007

at __ o'clock and 45 min __ M
SUE _____, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON, | CIVIL NO. CV04-00086 SPK LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [Notice of Taking Deposition Upon Written Questions, Custodian of Records: WASHINGTON STATE, DEPARTMENT OF LABOR AND INDUSTRIES Re: KERRY SHANNON] |
| CITY AND COUNTY OF HONOLULU; HONOLULU LIQUOR COMMISSION; DENNIS ENOMOTO; in his official capacity as chairman of the Honolulu Liquor Commission; WALLACE W. WEATHERWAX, individually and in his capacity as an agent and employee of the Honolulu Liquor Commission; JOHN CARROLL, individually and in his capacity as an employee of the Honolulu Liquor Commission; ANNA HIRAI, individually and in her capacity as an employee of the Honolulu | |

```
Liquor Commission;                    )
ALLAN GAYLORD, individually           )
and in his capacity as an             )
employee of the Honolulu              )
Liquor Commission;                    )
JOHN DOES 1-10,                       )
JANE DOES 1-10;                       )
DOE CORPORATIONS 1-10;                )
DOE PARTNERSHIPS 1-10;                )
DOE GOVERNMENTAL                      )
AGENCIES 1-10,                        )
                                      )
          Defendants.                 )
                                      )
_____)
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date  MAR 1 4 2007  a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

>   DENNIS W. POTTS, ESQ.
>   Law Offices of Dennis W. Potts
>   American Savings Bank Tower,
>   1001 Bishop Street, Suite 2755
>   Honolulu, Hawaii 96813
>
>   Attorney for Plaintiff KERRY SHANNON

DATED: Honolulu, Hawaii, MAR 1 4 2007

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
CARTER K. SIU

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
HONOLULU LIQUOR COMMISSION,
DENNIS ENOMOTO, WALLACE W.
WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD