ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA     #1145-0
RANDALL Y. YAMAMOTO #3274-0
MICHAEL A. LORUSSO  #3448-0
CARTER K. SIU       #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:   (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 2 2007

at __11__ o'clock and __30__ min __M__
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU LIQUOR COMMISSION;<br>DENNIS ENOMOTO; in his official<br>capacity as chairman of the<br>Honolulu Liquor Commission;<br>WALLACE W. WEATHERWAX,<br>individually and in his<br>capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his<br>capacity as an employee of the<br>Honolulu Liquor Commission;<br>ANNA HIRAI, individually and in<br>her capacity as an employee of<br>the Honolulu Liquor Commission;<br>ALLAN GAYLORD, individually and<br>in his capacity as an employee<br>of the Honolulu Liquor<br>Commission; JOHN DOES 1-10, | CIVIL NO. CV04-00086 SPK/LEK<br><br>CERTIFICATE OF SERVICE<br><br>**[NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION]**<br><br>[JACK SUYDERHOUD, Ph.D.] |

```
JANE DOES 1-10; DOE              )
CORPORATIONS 1-10; DOE           )
PARTNERSHIPS 1-10; DOE           )
GOVERNMENTAL AGENCIES 1-10,      )
                                 )
          Defendants.            )
                                 )
_____)
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served by means of mailing to the following named attorney at his last known address on  MAR 2 1 2007  :

```
DENNIS W. POTTS, ESQ.
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813

Attorney for Plaintiff
KERRY SHANNON
```

DATED: Honolulu, Hawaii,  MAR 2 1 2007  .

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
MICHAEL A. LORUSSO
CARTER K. SIU
Attorneys for Defendants
City and County of Honolulu,
Honolulu Liquor Commission, John
Spierling, Wallace W. Weatherwax,
John Carroll, Anna Hirai
and Allan Gaylord

2