ORIGINAL

KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
MICHAEL A. LORUSSO   #3448-0
CARTER K. SIU        #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:   (808)275-0300
Facsimile:   (808)275-0399
Email Address: ryamamoto@kltlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 2 2007

at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU LIQUOR COMMISSION;<br>DENNIS ENOMOTO; in his official<br>capacity as chairman of the<br>Honolulu Liquor Commission;<br>WALLACE W. WEATHERWAX,<br>individually and in his<br>capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his<br>capacity as an employee of the<br>Honolulu Liquor Commission;<br>ANNA HIRAI, individually and in<br>her capacity as an employee of<br>the Honolulu Liquor Commission;<br>ALLAN GAYLORD, individually and<br>in his capacity as an employee<br>of the Honolulu Liquor<br>Commission; JOHN DOES 1-10, | CIVIL NO. CV04-00086 SPK/LEK<br><br>CERTIFICATE OF SERVICE<br><br>**[NOTICE OF TAKING DEPOSITION<br>UPON ORAL EXAMINATION]**<br><br>[KENNETH WRIGHT] |

```
JANE DOES 1-10; DOE              )
CORPORATIONS 1-10; DOE           )
PARTNERSHIPS 1-10; DOE           )
GOVERNMENTAL AGENCIES 1-10,      )
                                 )
        Defendants.              )
                                 )
                                 )
_____)
```

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served by means of mailing to the following named attorney at his last known address on   MAR 2 2 2007   :

    DENNIS W. POTTS, ESQ.
    1001 Bishop Street
    2755 Pacific Tower
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    KERRY SHANNON

DATED: Honolulu, Hawaii,   MAR 2 2 2007   .

    _____
    JAMES KAWASHIMA
    RANDALL Y. YAMAMOTO
    MICHAEL A. LORUSSO
    CARTER K. SIU
    Attorneys for Defendants
    City and County of Honolulu,
    Honolulu Liquor Commission, John
    Spierling, Wallace W. Weatherwax,
    John Carroll, Anna Hirai
    and Allan Gaylord