ORIGINAL

DENNIS W. POTTS  (1121-0)
ATTORNEY AT LAW
A LAW CORPORATION
1001 Bishop Street
2755 Pacific Tower
Honolulu, Hawaii 96813
Telephone No. (808) 537-4575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at 3 o'clock and 25 min. P M
SUE BEITIA, CLERK

Attorney for Plaintiff
KERRY SHANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,            )<br>                           )<br>         Plaintiff,        )<br>    vs.                    )<br>                           )<br>CITY AND COUNTY OF         )<br>HONOLULU; HONOLULU         )<br>LIQUOR COMMISSION; JOHN    )<br>SPIERLING; in his official capacity )<br>as chairman of the Honolulu Liquor )<br>Commission; WALLACE W.     )<br>WEATHERWAX, individually and )<br>in his capacity as an agent and )<br>employee of the Honolulu Liquor )<br>Commission; JOHN CARROLL,  )<br>individually and in his capacity as )<br>an employee of the Honolulu Liquor )<br>Commission; ANNA HIRAI,    )<br>individually and in her capacity as )<br>an employee of the Honolulu Liquor )<br>Commission; ALLAN GAYLORD, )<br>individually and in his capacity as an )<br>employee of the Honolulu Liquor ) | CIVIL NO. CV04-00086 SPK/LEK<br><br>CERTIFICATE OF SERVICE<br>(PLAINTIFF'S RESPONSE TO<br>DEFENDANTS CITY AND<br>COUNTY OF HONOLULU,<br>HONOLULU LIQUOR<br>COMMISSION, DENNIS<br>ENOMOTO, WALLACE W.<br>WEATHERWAX, JOHN<br>CARROLL, ANNA HIRAI and<br>ALLAN GAYLORD'S **FIRST<br>REQUEST FOR ADMISSIONS**<br>AND **SECOND REQUEST FOR<br>ANSWERS TO<br>INTERROGATORIES**) |

```
Commission; JOHN DOES 1-10,    )
JANE DOES 1-10; DOE            )
CORPORATIONS 1-10;             )
DOE PARTNERSHIPS 1-10; DOE     )
GOVERNMENTAL AGENCIES          )
1-10,                          )
              Defendants.      )
                               )
_____  )
```

## CERTIFICATE OF SERVICE
(PLAINTIFF'S RESPONSE TO DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU LIQUOR COMMISSION, DENNIS ENOMOTO, WALLACE W. WEATHERWAX, JOHN CARROLL, ANNA HIRAI and ALLAN GAYLORD'S **FIRST REQUEST FOR ADMISSIONS** AND **SECOND REQUEST FOR ANSWERS TO INTERROGATORIES**)

The undersigned hereby certifies that two copies of Plaintiff's Response to Defendants City and County of Honolulu, Honolulu Liquor Commission, Dennis Enomoto, Wallace W. Weatherwax, John Carroll, Anna Hirai and Allan Gaylord's **First Request for Admissions** and **Second Request for Answers to Interrogatories** were served upon the following by hand delivery on March 23, 2007:

>     RANDALL Y. YAMAMOTO, ESQ.
>     CARTER SIU, ESQ
>     Kawashima Lorusso & Tom, LLP
>     745 Fort Street, Suite 500
>     Honolulu, HI 96813
>     Attorneys for Defendants
>     City and County of Honolulu, Honolulu Liquor
>     Commission, Dennis Enomoto, Wallace W. Weatherwax,
>     John Carroll, Anna Hirai and Allan Gaylord

-3-

DATED: Honolulu, Hawaii, March 23, 2007.

_____
DENNIS W. POTTS

Attorney for Plaintiff
KERRY SHANNON