# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/02/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00086SPK-LEK |
| CASE NAME: | Kerry Shannon vs. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Dennis W. Potts |
| ATTYS FOR DEFT: | Marie Manuele Gavigan<br>Randall Y. Yamamoto |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 04/02/2007 | TIME: | 1:35-2:45 |

COURT ACTION:  EP: Further Settlement Conference held.

Counsel to contact the Court regarding setting of Further Settlement Conference.

Submitted by: Warren N. Nakamura, Courtroom Manager