# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/06/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00086SPK-LEK |
| CASE NAME: | Kerry Shannon vs. City and County of Honolulu, et al. |
| ATTYS FOR PLA: | Dennis W. Potts |
| ATTYS FOR DEFT: | Randall Y. Yamamoto<br>Marie Manuele Gavigan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record; FTR-Courtroom 7 |
| DATE: | 04/06/2007 | TIME: | 9:10-9:15; **FTR** 9:15 - 9:21 |

COURT ACTION:  EP: Status Conference Re: Settlement held.  Parties inform the Court that Settlement has been reached.

Settlement on the Record held.  Terms stated. Trial date and all deadlines are Vacated.

Defendants' City and County of Honolulu, Wallace Weatherwax, Honolulu Liquor Commission, John Carroll, Anna Hirai, Allan Gaylord and Dennis Enomoto's Motion to Dismiss or in the Alternative for Summary Judgment currently set for 10:00 4/27/07 before Judge Samuel P. King is Vacated, Deemed Withdrawn Without Prejudice to Re-Filing if necessary and terminated.

Stipulation for Dismissal to be **filed** by **6/29/07.**

Submitted by: Warren N. Nakamura, Courtroom Manager