**ORIGINAL**

00007542.WPD
KAWASHIMA LORUSSO & TOM LLP

JAMES KAWASHIMA      #1145-0
RANDALL Y. YAMAMOTO  #3274-0
CARTER K. SIU        #7313-0
Topa Financial Center
Suite 500, Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813
Telephone:    (808)275-0300
Facsimile:    (808)275-0399
Email Address: ryamamoto@kltlaw.com

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU, HONOLULU
LIQUOR COMMISSION, DENNIS ENOMOTO,
WALLACE W. WEATHERWAX, JOHN CARROLL,
ANNA HIRAI, AND ALLAN GAYLORD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 26 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

**LODGED**
JUL 23 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KERRY SHANNON,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU LIQUOR COMMISSION;<br>DENNIS ENOMOTO; in his official<br>capacity as chairman of the<br>Honolulu Liquor Commission;<br>WALLACE W. WEATHERWAX,<br>individually and in his<br>capacity as an agent and<br>employee of the Honolulu Liquor<br>Commission; JOHN CARROLL,<br>individually and in his<br>capacity as an employee of the<br>Honolulu Liquor Commission;<br>ANNA HIRAI, individually and in<br>her capacity as an employee of<br>the Honolulu Liquor Commission;<br>ALLAN GAYLORD, individually and<br>in his capacity as an employee<br>of the Honolulu Liquor<br>Commission; JOHN DOES 1-10, | CIVIL NO. CV04-00086 SPK/LEK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES** |

```
JANE DOES 1-10; DOE            )
CORPORATIONS 1-10; DOE         )
PARTNERSHIPS 1-10; DOE         )
GOVERNMENTAL AGENCIES 1-10,    )
                               )
            Defendants.        )
                               )
```

### STIPULATION FOR DISMISSAL WITH
### PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rules 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties to this action, through their respective counsel, hereby stipulate that the Complaint is dismissed with prejudice, as to the CITY AND COUNTY OF HONOLULU and the HONOLULU LIQUOR COMMISSION; each party to bear their own attorneys' fees and costs.

There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, _____.

_____
DENNIS W. POTTS, ESQ.
Attorney for Plaintiff
KERRY SHANNON

_____
JAMES KAWASHIMA
RANDALL Y. YAMAMOTO
CARTER K. SIU
Attorneys for Defendants
City and County of Honolulu,
Honolulu Liquor Commission, Dennis
Enomoto, Wallace W. Weatherwax,
John Carroll, Anna Hirai and
Allan Gaylord

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

---

Kerry Shannon v. City and County of Honolulu, et al., CIVIL NO. CV04-00086 SPK/LEK, **Stipulation for Dismissal with Prejudice of All Claims and Parties**